1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                       **WESTERN DIVISION**

11

12   MILTON JONES,                    )      No. CV 13-4101-SJO (PLA)
                                       )
13                  Petitioner,        )      **JUDGMENT**
                                       )
14           v.                        )
                                       )
15   G.D. LEWIS, Warden,               )
                                       )
16                  Respondent.        )
     _____)
17

18        Pursuant to the Order accepting the Magistrate Judge's Report and

19   Recommendation,

20        IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

21

22   DATED: August 21, 2015.                  _____
                                              HONORABLE S. JAMES OTERO
23                                            UNITED STATES DISTRICT JUDGE

24
25
26
27
28